UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAUFAL KHAMRAEV,<br><br>                                    Petitioner,<br><br>v.<br><br>WARDEN, IMPERIAL REGIONAL DETENTION FACILITY, et al.,<br><br>                                    Respondents. | Case No.:  3:26-cv-2122-CAB-VET<br><br>**ORDER:**<br>**(1) GRANTING A WRIT OF HABEAS CORPUS; and**<br><br>**(2) DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AS MOOT [Doc. No. 2].** |

Pending before the Court is Petitioner Naufal Khamraev's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, [Doc. No. 1 ("Petition")], and a motion for temporary restraining order, [Doc. No. 2].  Petitioner alleges that he entered the United States in December 2016 seeking asylum, was detained by Immigration and Customs Enforcement ("ICE"), and then released on bond in March 2017.  [Petition at 2, 6.] Petitioner was re-detained on December 14, 2025.  [*Id.* at 6.]  Petitioner claims that his detention violates the Due Process Clause of the Fifth Amendment.  [*Id.* at 8.]

Respondents do not contest any of Petitioner's asserted facts.  [Doc. No. 6.]  Nor do Respondents make any legal arguments against Petitioner's claim that his re-detention violates the Due Process Clause of the Fifth Amendment.  [*Id.*]  Instead, Respondents "do[] not oppose the petition and defer[] to the Court on the appropriate relief."  [*Id.*]

In light of Petitioner's unrefuted facts and legal claim under the Fifth Amendment, the Court **GRANTS** a writ of habeas corpus based on the reasoning the Court has articulated in similar cases. *E.g.*, *Tokhi v. LaRose, et al.*, Case No. 3:26-cv-0803-CAB-VET (S.D. Cal. Feb 19, 2026). The Court therefore **ORDERS** Respondents to immediately release Petitioner under the same conditions of release that existed immediately prior to his December 14, 2025 re-detention.

The motion for temporary restraining order is **DENIED AS MOOT**. [Doc. No. 2.]

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: April 9, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-2122-CAB-VET